IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.  03-788 |
| v. | : | |
| | : | CIVIL NO. 07-2398 |
| GARY McGAHEE | : | |

**MEMORANDUM AND ORDER**

The motion filed by petitioner in this case is not in conformity with Local Rule 9.3.  This makes it more difficult for the respondent to reply.  Rather than having the petitioner refile, I will give respondent, in the following order, ample time to file its answer to the motion.

**AND NOW**, this 26th day of June, 2007, upon consideration of plaintiff's habeas corpus motion under 28 U.S.C. § 2255, the respondent is directed to file its answer on or before September 24, 2007.

BY THE COURT:


*s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.